BEFORE THE SECOND DIVISION, AUGUST 20, 1964

**No. 68741.**—Finlan Woven Label Co., Inc., et al. v. United States, protests 62/2074, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.